No. 909
First Circuit

MRS. ADELE REGGIE ZWAN v. SALIM KARRE

(February 8, 1932. Opinion and Decree.)
(March 8, 1932. Rehearing Refused.)

Percy T. Ogden, of Crowley, attorney for plaintiff, appellee.

Milner & Porteous, of New Orleans, and Emile A. Carmouche, of Crowley, attorneys for defendant, appellant.

MOUTON, J. For the reasons stated in the case of Mrs. Victoria Aboud Reggie, vs. Karre, the judgment appealed from is affirmed with cost.